**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: TRUST ESTABLISHED UNDER | : | No. 168 WAL 2022 |
| AGREEMENT OF SARAH MELLON | : | |
| SCAIFE, DECEASED, DATED MAY 9, 1963 | : | |
| PETITON OF: MATTHEW A. GROLL, | : | Petition for Allowance of Appeal |
| BLAINE F. AIKIN, FREDERICK G. | : | from the Order of the Superior Court |
| WEDELL, CORBIN P. MILLER, AND | : | |
| LAURA B. GUTNICK | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of January, 2023, the Petition for Allowance of Appeal is

**DENIED**.